DOA
09-13-17

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,                           CRIMINAL COMPLAINT

v.

Juan Carlos Licea                    **CASE NUMBER:**  17 - 9387 mJ

Defendant.

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**See Attachment A, Charges, incorporated by reference herein.**

I further state that I am a Criminal Investigator with the Department of Agriculture, United States Forest Service (USFS), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, incorporated by reference herein.**

Continued on the attached sheet and made a part hereof:    **X** Yes        No

AUTHORIZED BY:   AUSA Glenn B. McCormick
9-14-2017

Criminal Investigator Corey McCarthy, USFS
Complainant                                         Signature of Complainant

Sworn to before me and subscribed in my presence,

Date: September 14, 2017 _____ at   Phoenix, Arizona _____

HON. EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

## ATTACHMENT A

### COUNT 1

On or about September 13, 2017, in the District of Arizona, the defendant, JUAN CARLOS LICEA, knowingly and intentionally committed the following offense against the United States, to wit: cultivation of in excess of 1,000 marijuana plants, a schedule I controlled substance, on federal property located on United States Forest Service public administered lands located southwest of Payson Arizona, in Maricopa County Arizona, in violation of Title 21 U.S.C. 841(a)(1), (b)(1)(A)(vii) and (b)(5).

### COUNT 2

On or about September 13, 2017, in the District of Arizona, the defendant, JUAN CARLOS LICEA, did knowingly carry and use a firearm, that is, a .380 handgun, during, in relation to, and in furtherance of cultivation of in excess of 1,000 marijuana plants, a schedule I controlled substance, on federal property, as alleged in Count One, for which he may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A).

ATTACHMENT B

**PROBABLE CAUSE STATEMENT**

AFFIANT'S BACKGROUND

Your affiant, Special Agent Corey McCarthy, being duly sworn, does depose and state the following:

1. Your Affiant is a Special Agent (SA) with the U. S. Department of Agriculture, Forest Service and has been so employed for 4 years.  Previously, your Affiant was a Law Enforcement Officer (LEO) with the U.S. Forest Service (USFS), assigned near the U.S. /Mexico border, and often engaged in narcotic interdiction operations.  Your Affiant also maintained a police canine while assigned as an LEO with USFS, and investigated several instances of human and narcotic trafficking that took place on U.S. Forest System lands.  Your Affiant received additional law enforcement training at the Arizona Office of the Courts in Phoenix, Arizona.  There, your Affiant received training in law specific to that of probation and parole within the state of Arizona.  Your Affiant is also a graduate of the U.S. Air Force Security Forces Academy in San Antonio, Texas.  There, your Affiant learned of military law and methods of military law enforcement.

Your Affiant held the position of surveillance officer for the Pima County Department of Adult Probation in Tucson, Arizona for approximately one and half years. Your Affiant also held the position of Special Agent with the Air Force Office of Special Investigations in the United States Air Force Reserve and conducted investigations regarding allegations of serious crimes involving members of the military; in particular, members of the United States Air Force.  Your Affiant has been in the United States

1

Military Reserves from June of 2001 to the present and has investigated death cases and cases of alleged sexual assault as well as fraud.  Your Affiant is a graduate of Embry-Riddle Aeronautical University with a Bachelor's of Science degree in Technical Management and has earned his Associate's Degree from the Community College of the Air Force in the area of Criminal Justice.

2.      By virtue of my employment as a Special Agent, your Affiant has performed various tasks, which include, but are not limited to:

a.      Functioning as a surveillance agent, thus observing and recording movements of persons trafficking in drugs and those suspected of trafficking in drugs;

b.      Interviewing witnesses, confidential sources (CS) and sources of information (SOI) relative to the illegal trafficking of drugs and the distribution of monies and assets derived from the illegal trafficking of drugs (laundering of monetary instruments);

c.      Functioning as a case agent, entailing the supervision of specific investigations involving the trafficking of drugs and the laundering of monetary instruments; and,

d.      Conducting complex financial investigation involving the structuring, placement, and layering of large amounts of U.S. currency.

3.      In the course of conducting drug investigations, your Affiant has personally interviewed informants and persons involved in the distribution of illegal drugs and the movement of proceeds from illegal drugs.  Your Affiant has consulted

with other experienced investigators concerning the practices of drug traffickers/money launderers and the best methods of investigating them. Your Affiant's duties have included: surveillance, assisting in the preparation of search warrants, writing and implementing seizure warrants for property, overseeing the execution of search warrants, and seizing evidence. In preparing this affidavit, your Affiant has conferred with other Special Agents and law enforcement officers, who share the opinions and conclusions stated herein. Furthermore, your Affiant has personal knowledge of the following facts or has learned them from the individual(s) mentioned herein.

4.      The statements contained in this Affidavit are based in part on information provided to your Affiant by Officers, Troopers, and Detectives of the Arizona Department of Public Safety and other law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information from witnesses and reporting parties and traffic stops.

CURRENT INVESTIGATION

1.   On August 30th, 2017, on the Tonto National Forest near the Mt. Ord lookout area, investigators discovered a suspected marijuana cultivation site. While hiking into a canyon near Arizona Highway 87 and mile marker 219, at the GPS coordinates of 33°53'22.19"N by 111°25'28.88"W, officers and agents encountered what they believed to be a marijuana cultivation site. At the coordinates, they discovered approximately 5-8 green and growing marijuana plants. Each plant was

3

approximately 3-6 feet in height and contained green leafy buds. Officers also saw a military uniform surplus woodland camouflage patterned shirt and pant set hanging from a tree branch immediately adjacent to the suspected marijuana plants. Officers and agents opted to depart the area after obtaining GPS coordinates.

2. On September 12th and into the early morning hours of September 13, 2017 AZDPS and USFS Officers, Detectives, Troopers, and Agents executed an early morning search warrant and eradication of what is now known as the "Golden Rule" marijuana cultivation site. Arizona Department of Public Safety (DPS) Special Weapons And Tactics (SWAT) teams entered the area and encountered two male subjects, both wearing woodland camouflage clothing. One of the two male subjects was able to escape custody while the other, later identified as Juan Carlos LICEA, was taken into custody.

3. When LICEA was arrested, he possessed, among other things, a loaded .380 caliber pistol, a pocket knife, two cell phones, and a wallet. A DPS Trooper read LICEA his Miranda Rights in the Spanish language and your affiant, translated through a Spanish speaking USFS LEO, conducted an interview after LICEA waived his rights and agreed to be questioned.

4. LICEA conveyed he has been in the marijuana cultivation site for approximately 4 months. He came into the site on May 13, 2017 and has been there since. He stated another Hispanic male subject known only by the first name of Pablo approached him on May 13, 2017, at a Home Depot store in the Phoenix area and

4

asked him if he wanted to be paid to do some work. Pablo is also known as "Pitufo" which means smurf in Spanish. Pablo was going to pay LICEA $2,000 per month to tend to plants in the site and was going to be paid after he left the site and it was harvested. LICEA knew the plants were marijuana plants, however he had never tended or grown marijuana plants prior to this occasion. Pablo told LICEA to make sure and avoid detection by making sure not to wear any bright colors, make loud noises, or leave the sight often. LICEA was never forced to stay in the site, but lived there while tending the marijuana plants. Pablo showed LICEA how to take care of the plants, including properly watering and fertilizing them. The handgun was given to LICEA by Pablo about two weeks prior to LICEA's arrest. LICEA was told by Pablo to use the firearm for protection from wildlife such as bears and mountain lions. LICEA said he discharged the handgun into the hillside a few days earlier because he was bored. LICEA granted consent for officials to look at his phones. Of note, the phone contained a "selfie" picture of LICEA with some of the marijuana plants at the site. LICEA stated he was the only person in the site, and that Pablo would resupply him every Monday with necessary items such as food, drip line tubing, fertilizer, etc. Pablo gave LICEA two cell phones to text back and forth regarding supply drops. About three weeks prior to LICEA's arrest, Pablo told him there was another marijuana cultivation site in the area but did not tell LICEA specifically where. LICEA said he does not know the other male subject that was seen by officers earlier that morning, but suspects he may have been part of the other cultivation site.

5

5. A search of the camp where LICEA resided yielded fertilizer, small amounts of processed (dried) marijuana, tools and other items consistent with marijuana cultivation. A final plant count of the site to which LICEA claimed responsibility totaled 1,059 full plants to include root balls.

6. The subject was arrested for cultivation in excess of 1,000 marijuana plants, a schedule I controlled substance, on federal property, USFS public administered lands located in Maricopa County Arizona, in violation of Title 21 U.S.C. 841(a)(1), (b)(1)(A)(vii) and (b)(5) and possession of a firearm during and in relation to a drug trafficking crime, on federal property located on United States Forest Service public administered lands located southwest of Payson Arizona, in Maricopa County Arizona, in violation of Title 18 U.S.C. 924(c)(1)(A).


Special Agent Corey McCarthy
United States Forest Service


Subscribed and sworn before me this __14__ day of September, 2017.


HONORABLE EILEEN S. WILLETT
United States Magistrate Judge